Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19–13487–MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justin Juan Maldonado
   dba Pro Soft, LLC, dba Pro–US, Inc.
   519 North Park Drive
   Perth Amboy, NJ 08861

Social Security No.:
   xxx–xx–1382

Employer's Tax I.D. No.:
   13–4365779

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/24/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 24, 2019
JAN: wir

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 19-13487-MBK
Justin Juan Maldonado                                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1              Date Rcvd: Apr 24, 2019
                              Form ID: 148               Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
db              +Justin Juan Maldonado,    519 North Park Drive,    Perth Amboy, NJ 08861-1917
518038599       +Bridgecrest Acceptance Corp.,    4020 East Indian School Rd.,    Phoenix, AZ 85018-5220
518126577       +Bridgecrest Financial,    15001FAA Blvd,    Fort Worth, TX 76155-2251
518183579       +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
518126578       +Motor Vehicle Commission,    PO Box 403,    Trenton, NJ 08666-0403
518038600        NJSVS,   PO Box 1502,    Moorestown, NJ  08057-9704
518162106       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 24 2019 22:20:40     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 24 2019 22:20:39     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518050629       +EDI: ATLASACQU.COM Apr 25 2019 02:18:00      Atlas Acquisitions LLC,   294 Union St.,
                  Hackensack, NJ 07601-4303
518048010       +EDI: AISACG.COM Apr 25 2019 02:18:00      BMW Bank of North America,
                  AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518038601        EDI: CAPITALONE.COM Apr 25 2019 02:18:00      Capital One,   PO box 30285,
                  Salt Lake City, UT  84130-0285
518048011       +EDI: AISACG.COM Apr 25 2019 02:18:00      Capital One Auto Finance, a division of,
                  AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518038602        EDI: DISCOVER.COM Apr 25 2019 02:18:00      Discover Financial,   12 Reads Way,
                  New Castle, DE  19720
518050036        EDI: DISCOVER.COM Apr 25 2019 02:18:00      Discover Bank,   Discover Products Inc,
                  PO Box 3025,   New Albany, OH  43054-3025
518038598       +EDI: TFSR.COM Apr 25 2019 02:18:00      Lexus,   TMCC,   P.O. Box 105386,
                  Atlanta, GA 30348-5386
518072142       +EDI: DRIV.COM Apr 25 2019 02:18:00      SANTANDER CONSUMER USA,   P.O. Box 560284,
                  Dallas, TX 75356-0284
518078058       +EDI: DRIV.COM Apr 25 2019 02:18:00      Santander Consumer USA Inc.,   PO Box 961245,
                  Fort Worth, TX 76161-0244
518057329       +EDI: AIS.COM Apr 25 2019 02:18:00      T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave.,   Oklahoma City, OK 73118-7901
518193750       +EDI: AIS.COM Apr 25 2019 02:18:00      Verizon,   by American InfoSource as agent,
                  4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518038603       +EDI: VERIZONCOMB.COM Apr 25 2019 02:18:00      Verizon Wireless Bankruptcy Admin.,
                  500 Technology Dr., Suite 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 14

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3